UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 OCT 12 P 3:38

US DISTRICT COURT
BRIDGEPORT

UNITED STATES OF AMERICA  :  DOCKET NO. 3:03CR182(SRU)

v.  :

ALBERT D. LATOUCHE and  :
SALVATORE J. CARTELLI, JR.  :  SEPTEMBER 21, 2004

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
November 4, 2004
Kevin F. Rowe, Clerk
By _____
Deputy Clerk

### GOVERNMENT'S EXHIBIT LIST

The United States of America, by and through undersigned counsel, respectfully submits the following EXHIBIT LIST:

9-27-04 Full   1A.   Needlyzer

9-27-04 Full   1B.   Needlyzer Brochure

1C.   Distribution Agreement 7/23/97

1D.   Brian LaTouche Lawsuit 4/18/94

9-27-04 Full   1E.   Albert LaTouche faxed letter to Brian LaTouche 11/21/94

1F.   Brian LaTouche handwritten note – Sal Cartelli files 11/26/96

1G.   Brian LaTouche handwritten notes re FDA not dated

1H.   10/31/96 Fax – S. Cartelli to Brian LaTouche re PMA process

1I.   Brian LaTouche 11/19 phone message – PMA process

9-27-04 Full   1J.   IDI letter to Albert LaTouche 1/30/97

1K.   10/1/97 Memo to Brian LaTouche

9-27-04 Full   1L.   8/7/98 The Tennessean Article Re: FDA Approval of Needlyzer

| | | |
|---|---|---|
| 9.27.04 full | 2. | Articles of ~~Incorporation~~ Organization GTS |
| 4.27.04 full | 3A. | Fleet signature card with Scafidi signature (Savings) |
| 4.27.04 full | 3B. | Fleet signature card with Scafidi signature (Temporary/Checking) |
| 4.27.04 full | 3C. | Fleet signature card with Scafidi signature (Permanent/Checking) |
| | 3D. | S. Cartelli Promissory Note, 9/29/99 |
| 4.27.04 full | 3E. | Spreadsheet Scafidi Checks to himself from Fleet 44124 account |
| 4.27.04 full | 3F. | Spreadsheet Cartelli and Maine Checks to Scafidi from other accounts |
| 9.27.04 full | 4A. | Medical Disposal Device Brochure |
| 9.28.04 full | 4B. | 1/30/97 Roy $15,000 promissory note - Roy |
| 9.28.04 full | 4C. | 3/26/97 Roy $15,000 investor agreement - Roy |
| 9.28.04 full | 4D. | 4/3/97 Roy $50,000 investor agreement - Roy |
| 9.28.04 full | 4E. | 4/21/97 Roy $30,000 investor agreement  " |
| 9.28.04 full | 4F. | 7/19/97 Roy $10,000 investor agreement  " |
| 9.28.04 full | 4G. | 11/7/97 Roy $5,000 investor agreement   " |
| 9.28.04 full | 4H. | 11/7/97 Roy $5,000 promissory note      " |
| 9.29.04 full | 4I. | 5/15/00 Roy $880,000 promissory note    " |
| 9.28.04 full | 4J. | 4/15/98 Roy Newsletter   Roy |
| 9.28.04 full | 4K. | 5/21/98 Roy Newsletter   Roy |
| 9.28.04 full | 4L. | 6/26/98 Roy Newsletter   Roy |
| 9.28.04 full | 4M. | 7/29/98 Roy Newsletter   Roy |
| 9.28.04 full | 4N. | 8/26/98 Roy Newsletter   Roy |

| | | | |
|---|---|---|---|
| 9-28-04 Full | O. | 9/29/98 Roy Newsletter | Roy |
| 9-28-04 Full | 4P. | 10/27/98 Roy Newsletter | " |
| 9-28-04 Full | 4Q. | 11/24/98 Roy Newsletter | " |
| 9-29-04 Full | 4R. | 11/26/99 Roy Newsletter | " |
| 9-29-04 Full | 4S. | 6/3/99 Roy Newsletter | " |
| 9-29-04 Full | 4T. | 8/9/99 Roy Newsletter | " |
| 9-29-04 Full | 4U. | 10/1/99 Roy Newsletter | " |
| 9-27-04 Full 9/28/04 | 4V. | "Vatican" letter | " |
| 9-28-04 Full | 4W. | Roy Tape 1, Side A | " |
| 9-28-04 Full | 4X. | Roy Tape 1, Side B | " |
| 9-28-04 Full | 4Y. | Roy Tape 2, Side A & Side B | " |
| 9-28-04 Full | 4Z. | Roy Tape 3, Side A & Side B | " |
| 10-04-04 Full | 5A. | 7/15/97 Flavell $20,000 Investment Agreement | |
| 10-04-04 Full | 5B. | 9/29/97 Flavell $10,000 Investment Agreement | |
| 10-04-04 Full | 6A. | 6/2/98 S. Randino $15,000 Investment Agreement | |
| 10-04-04 Full | 6B. | 4/15/98 S. Randino Newsletter & Envelope | |
| 10-04-04 Full | 6C. | 5/21/98 S. Randino Newsletter & Envelope | |
| 10-04-04 Full | 6D. | 6/26/98 S. Randino Newsletter & Envelope | |
| 10-04-04 Full | 6E. | 7/29/98 S. Randino Newsletter & Envelope | |
| 10-04-04 Full | 6F. | 8/26/98 S. Randino Newsletter & Envelope | |
| 10-04-04 Full | 6G. | 9/29/98 S. Randino Newsletter & Envelope | |

| | | |
|---|---|---|
| 10-10-04 Full | 6H. | 10/27/98 S. Randino Newsletter & Envelope |
| 10-10-04 Full | 6I. | 11/24/98 S. Randino Newsletter & Envelope |
| 10-10-04 Full | 6J. | 1/26/99 S. Randino Newsletter & Envelope |
| 10-10-04 Full | 6K. | 6/3/99 S. Randino Newsletter & Envelope |
| 10-10-04 Full | 6L. | 8/9/99 S. Randino Newsletter & Envelope |
| 10-10-04 Full | 6M. | 10/1/99 S. Randino Newsletter & Envelope |
| 10-04-04 Full | 7A. | 3/20/98 M. Randino $5,000 Investment Agreement |
| 10-04-04 Full | 7B. | 6/2/98 M. Randino $10,000 Investment Agreement |
| | 7C. | 2/2/98 Letter to S. J. Cartelli, Jr., from Archbishop Grocholewski |
| 10-04-04 Full | 7D. | 5/21/98 M. Randino Newsletter |
| 10-04-04 Full | 7E. | 6/26/98 M. Randino Newsletter |
| 10-04-04 Full | 7F. | 7/29/98 M. Randino Newsletter |
| 10-04-04 Full | 7G. | 8/26/98 M. Randino Newsletter |
| 10-04-04 Full | 7H. | 9/29/98 M. Randino Newsletter |
| 10-04-04 Full | 7I. | 10/27/98 M. Randino Newsletter |
| 10-04-04 Full | 7J. | 11/24/98 M. Randino Newsletter |
| 10-04-04 Full | 7K. | 1/26/99 M. Randino Newsletter |
| 10-04-04 Full | 7L. | 6/3/99 M. Randino Newsletter |
| 10-04-04 Full | 7M. | 8/9/99 M. Randino Newsletter |
| 10-04-04 Full | 7N. | 10/1/99 M. Randino Newsletter |
| 10-5-04 Full | 8A. | 2/5/99 Batzner $10,000 Investment Agreement |

10-5-04 Full   8B.   2/22/99 Batzner $10,000 Investment Agreement

8C.   6/3/99 Batzner Newsletter & Envelope

8D.   10/1/99 Batzner Newsletter & Envelope

9-30-04 Full   9A.   3/13/98 Oktavec $30,000 Investment Agreement

9-30-04 Full   9B.   4/15/98 Oktavec Newsletter

9-30-04 Full   9C.   5/21/98 Oktavec Newsletter

9-30-04 Full   9D.   6/26/98 Oktavec Newsletter

9-30-04 Full   9E.   8/26/98 Oktavec Newsletter

9-30-04 Full   9F.   9/28/98 Oktavec Newsletter

9-30-04 Full   9G.   10/27/98 Oktavec Newsletter

9-30-04 Full   9H.   6/3/99 Oktavec Newsletter

9-30-04 Full   9I.   8/9/99 Oktavec Newsletter

9-30-04 Full   9J.   10/1/99 Oktavec Newsletter

10-04-04 Full   10A.   5/21/99 Erlandsen $5,000 Investment Agreement

10-04-04 Full   10B.   5/28/99 Erlandsen $5,000 Investment Agreement

10-04-04 Full   10C.   7/1/99 Erlandsen $2,000 Investment Agreement

10-04-04 Full   10D.   11/11/99 Erlandsen $3,000 Investment Agreement

10-04-04 Full   10E.   6/3/99 Erlandsen Newsletter & Envelope

10-04-04 Full   10F.   8/9/99 Erlandsen Newsletter

10-04-04 Full   10G.   10/1/99 Erlandsen Newsletter

9-30-04 Full   11A.   8/2/99 Fabri $20,000 Investment Agreement

9/30/04 Full 11B. 8/27/99 Fabri $10,000 Investment Agreement

9/30/04 Full 11C. 12/1/99 Fabri $10,000 Investment Agreement

9/30/04 Full 11D. 8/9/99 Fabri Newsletter & Envelope

9/30/04 Full 11E. 10/1/99 Fabri Newsletter

9/30/04 Full 12A. 7/21/97 Cartier $10,000 Investment Agreement

9/30/04 Full 12B. 11/15/99 Cartier $5,000 Investment Agreement

9/30/04 Full 12C. 11/16/99 Cartier $5,000 Investment Check

12D. 7/17/97 Letter to City of New London from S.J. Cartelli, Jr.

9/30/04 12E. 2/2/98 Letter to S.J. Cartelli, Jr., from Archbishop Grocholewski

9/30/04 Full 12F. 4/15/98 Cartier Newsletter

9/30/04 Full 12G. 5/21/98 Cartier Newsletter

9/30/04 Full 12H. 6/26/98 Cartier Newsletter

9/30/04 Full 12I. 7/29/98 Cartier Newsletter

9/30/04 Full 12J. 8/26/98 Cartier Newsletter

9/30/04 Full 12K. 9/29/98 Cartier Newsletter

9/30/04 Full 12L. 10/27/98 Cartier Newsletter

9/30/04 Full 12M. 11/24/98 Cartier Newsletter

9/30/04 Full 12N. 1/26/99 Cartier Newsletter

9/30/04 Full 12O. 6/3/99 Cartier Newsletter

9/30/04 Full 12P. 8/9/99 Cartier Newsletter

9/30/04 Full 12Q. 10/1/99 Cartier Newsletter

10-50+ 7ull  13A.  7/19/97 Casella $10,000 Investment Agreement

13B.  4/15/98 Casella Newsletter & Envelope

13C.  5/21/98 Casella Newsletter & Envelope

13D.  6/26/98 Casella Newsletter & Envelope

13E.  1/26/98 Casella Newsletter & Envelope

13F.  1/26/99 Casella Newsletter & Envelope

13G.  8/9/99 Casella Envelope

13H.  10/1/99 Casella Newsletter & Envelope

10-05-04  Full  14A.  8/27/97 DiLauro $20,000 Investment Agreement

10-05-04  Full  14B.  5/8/00 DiLauro Amendment to Investment Agreement

14C.  Medical Disposal Devices proposed payment to DiLauro

10-5-04  Full  14D.  4/15/98 DiLauro Newsletter & Envelope

10-05-04  Full  14E.  5/21/98 DiLauro Newsletter & Envelope

10-05-04  Full  14F.  6/26/98 DiLauro Newsletter & Envelope

10-05-04  Full  14G.  7/29/98 DiLauro Newsletter & Envelope

10-05-04  Full  14H.  8/26/98 DiLauro Newsletter & Envelope

10-05-04  Full  14I.  9/29/98 DiLauro Newsletter & Envelope

10-05-04  Full  14J.  10/27/98 DiLauro Newsletter & Envelope

10-05-04  Full  14K.  11/24/98 DiLauro Newsletter & Envelope

10-05-04  Full  14L.  1/26/99 DiLauro Newsletter & Envelope

10-05-04  Full  14M.  6/3/99 DiLauro Newsletter & Envelope

10-05-04 Full 14N.  8/9/99 DiLauro Newsletter & Envelope

10-05-04 Full 14O.  10/1/99 DiLauro Newsletter & Envelope

14P.  DiLauro Medical Disposal Devices Business Card – Albert LaTouche

10-05-04 Full 14Q.  DiLauro Brochure

10-04-04 Full 15A.  6/26/97 Birmingham $10,000 Investment Agreement

10-04-04 Full 15B.  1/17/00 Birmingham $3,000 Investment Agreement

10-04-04 Full 15C.  4/15/98 Birmingham Newsletter

10-04-04 Full 15D.  5/21/98 Birmingham Newsletter

10-04-04 Full 15E.  6/26/98 Birmingham Newsletter

10-04-04 Full 15F.  7/29/98 Birmingham Newsletter

10-04-04 Full 15G.  8/26/98 Birmingham Newsletter

10-04-04 Full 15H.  9/29/98 Birmingham Newsletter

10-04-04 Full 15I.  10/27/98 Birmingham Newsletter

10-04-04 Full 15J.  11/24/98 Birmingham Newsletter

10-04-04 Full 15K.  1/26/99 Birmingham Newsletter

10-04-04 Full 15L.  6/3/99 Birmingham Newsletter

10-04-04 Full 15M.  8/9/99 Birmingham Newsletter

10-04-04 Full 15N.  10/1/99 Birmingham Newsletter

10-04-04 Full 16A.  9/7/99 Nettleton $20,000 Investment Agreement

10-04-04 Full 16B.  11/4/99 Nettleton $5,000 Investment Agreement

10-04-04 Full 16C.  10/1/99 Nettleton Newsletter & Envelope

9-30-04 Full 17A.  4/7/99 S. Brooks $15,000 Investment Agreement

9-30-04 full 17B. 6/3/99 S. Brooks Newsletter

9-30-04 full 17C. 8/9/99 S. Brooks Newsletter

9-30-04 full 17D. 10/1/99 S. Brooks Newsletter

10-05-04 Full 18A. 3/11/00 Gottier $20,000 Investment Agreement

10-05-04 Full 18B. 4/11/00 Gottier $15,000 Investment Agreement

10-05-04 Full 18C. 4/11/00 Gottier $5,000 Investment Agreement

10-06-04 Full 19A. 6/5/00 Elsner $7,500 Investment Agreement

10-06-04 Full 19B. 6/1/00 Elsner Canceled Investment Check

10-06-04 Full 20. 7/10/00 Kuchyt $2,000 Investment Agreement

9-28-04 ID 21. 1/6/97 Robert Faber Letter to Sal Cartelli    Faber

22. 8/96 to 8/01 Notes by Joy Johnson

23. 10/99 Internet Web Page with Notes by S. Epstein

24. 3/4/04 Food and Drug Administration Certificate

10-5-04 Full 25. 3/31/99 First Union National Bank Forbearance Agreement

26. Portions of Deposition of Albert LaTouche in Nettleton v. LaTouche–9/23/02

27. Statement of Undisputed Facts Dated 5/27/03 and 5/28/03 in 3: CV418(PCD)

10-04-04 Full 28A. Albert LaTouche, Chase Auto Lease #04-9703-67423 .    Brown

10-04-04 Full 28B. Mary Beth Mackin, Chittenden Auto Lease #67001919 and Payment History    Brown

10-04-04 Full 28C. Mary Beth Mackin, Cambria Auto Lease #68001651 and Payment History    Brown

| | | | |
|---|---|---|---|
| 10-04-04 Full | 28D. | Justin Cartelli, Chase Auto Lease #04-9805-20857 and Payment History | Brown |
| 10-04-04 Full | 29. | Medical Disposal Devices Investor List Grouped by Investor | •• |
| 10-04-04 Full | 30. | Medical Disposal Devices Investor List Ordered by Investment Date | •• |
| 10-04-04 Full | 31. | Investment List with Corresponding Bank Account Deposit Notes | •• |
| 10-04-04 Full | 32. | Bank Accounts Associated with Medical Disposal Devices | •• |
| 10-04-04 Full | 33A. | Cash Deposits to Medical Disposal Devices Fleet Checking Account | •• |
| 10-04-04 Full | 33B. | Cash Deposits to Various Related Bank Accounts | •• |
| 10-04-04 Full | 34A. | Checks NOT Payable to S. Cartelli, A. LaTouche, or D. Maine from MDD Fleet Checking Account | •• |
| 10-04-04 Full | 34B. | Checks NOT Payable to S.J. Cartelli, A. LaTouche, or D. Maine from Various Related Bank Accounts | •• |
| 10-04-04 Full | 35A. | Checks Payable to S.J. Cartelli, Jr., from MDD Fleet Checking Account | •• |
| 10-04-04 Full | 35B. | Checks Payable to S.J. Cartelli, Jr., from Various Related Bank Accounts | •• |
| 10-04-04 Full | 36A. | Checks Payable to A. LaTouche from MDD Fleet Checking Account | •• |
| 10-04-04 Full | 36B. | Checks Payable to A. LaTouche from Various Related Bank Accounts | •• |
| 10-04-04 Full | 37. | Checks Payable to D. Maine from MDD Fleet Checking Account | •• |
| 10-04-04 Full | 38A. | Checks Payable to Cash from MDD Fleet Checking Account | •• |
| 10-04-04 Full | 38B. | Checks Payable to Cash from Various Related Bank Accounts | •• |
| 10-04-04 Full | 39A. | Payments to Ford Expedition Auto Lease | •• |

*10-04-04 Full* 39B. Payments to Lincoln Town Car Auto Lease from MDD Fleet Checking Account  *Brown*

*10-04-04* 39C. Payments to Lincoln Town Car Auto Lease from Various Related Bank Accounts - *Court Ex-1*
*10-05-04 Full*
*10-04-04 Full* 39C-1 Payment to Lincoln Twn Car - Substituted for 39-C

*10-04-04 Full* 39D. Payments to Ford Excursion Auto Lease

*10-04-04 Full* 39E. Payments to Ford Mustang Auto Lease

*10-04-04 Full* 40. Payments to Investors from All Bank Accounts

*10-04-04 Full* 41. Deposits to Medical Disposal Devices Fleet Checking Account

*10-04-04 Full* 42. Deposits to S.J. Cartelli, Sr., Fleet Checking Account

*10-04-04 Full* 43. Deposits to S.J. Cartelli, Jr., Cartelli & Cartelli Account

44. 6/2/99 State of Connecticut letter to Donald Maine

*10-5-04 Full* 45A. 10/1/99 Minick $20,000 Investment Agreement

" 45B. 10/23/99 Minick $5,000 Investment Agreement

" 46. 5/19/98 Anne Remington Banks $5,000 Investment Agreement

" 47A. 1/4/99 Anthony Pozzetti $10,000 Investment Agreement

" 47B. 2/18/99 Anthony Pozzetti $10,000 Investment Agreement

" 48. 6/8/98 Brett Astin $5,000 Investment Agreement

*Full* " *10-5-04* 49A. 8/15/97 Burton Slossberg $10,000 Investment Agreement
*10-7-04*

*Full* " *10-5-04* 49B. 9/5/97 Burton Slossberg $10,000 Investment Agreement
*10-7-04*

" 50A. 2/24/00 Catherine Brutzman $5,000 Investment Agreement

" 50B. 7/22/99 Catherine Brutzman $2,500 Investment Agreement

" 50C. 7/12/99 Catherine Brutzman $10,000 Investment Agreement

*Full*
*10-5-04*

51A.  1/29/99 Charles Helenck $10,000 Investment Agreement

"      51B.  11/12/99 Charles Helenck $10,000 Investment Agreement

"      51C.  12/9/99 Charles Helenck $6,000 Investment Agreement

"      51D.  12/31/99 Charles Helenck $5,000 Investment Agreement

"      52.   4/16/98 David Banks $5,000 Investment Agreement

"      53.   5/19/98 Deborah Case Banks $5,000 Investment Agreement

"      54.   10/5/98 Donald Comeau $2,500 Investment Agreement

"      55.   5/19/98 Eileen McKiernan $5,000 Investment Agreement

"      56.   5/30/98 Grzegorz Wysocki $10,000 Investment Agreement

"      57.   8/7/97 James Stellato $7,500 Investment Agreement

"      58.   5/19/98 Janet Banks $5,000 Investment Agreement

"      59A.  7/30/99 John & Alice Durinick $5,000 Investment Agreement

"      59B.  8/23/99 John & Alice Durinick $2,500 Investment Agreement

"      60.   3/24/99 Kimbell Messier $5,000 Investment Agreement

"      61.   6/10/99 Leo & Marilyn McKiernan $10,000 Investment Agreement

"      62.   5/14/98 Mark Epright $5,000 Investment Agreement

"      63.   5/25/99 Raymond Kirby $5,000 Investment Agreement

"      64A.  8/7/97 Robert Siegel $7,500 Investment Agreement

"      64B.  7/19/97 Robert Siegel $5,000 Investment Agreement

"      65.   3/12/99 Robert Fuller $10,000 Investment Agreement

*full*
10-5-04  66.   5/19/00 Robert Quigley $10,000 Investment Agreement

"         67A.  11/28/97 Scott Graziano $25,000 Investment Agreement

"         67B.  2/11/98 Scott Graziano $10,000 Investment Agreement

"         68.   4/21/98 Timothy Banks $5,000 Investment Agreement

"         69A.  1/19/99 Tony & Sara Salamone $10,000 Investment Agreement

"         69B.  3/13/99 Tony & Sara Salamone $5,000 Investment Agreement

"         69C.  1/6/00 Tony & Sara Salamone $6,000 Investment Agreement

9:30-04 Full  70A.  4/13/99 Verne Brookes $10,000 Investment Agreement

9-30-04 full  70B.  6/25/99 Verne Brookes $5,000 Investment Agreement

10-5-04 full  71.  6/26/97 Vincenzo & Valerie Miceli $20,000 Investment Agreement

"         72.   4/21/98 Yuksel Serindag $5,000 Investment Agreement

"         73.   4/8/98 Augusta Chadsey $25,000 Investment Agreement

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*Calvin B Kurimai*
CALVIN B. KURIMAI
ASSISTANT U.S. ATTORNEY
FEDERAL BAR NO. CT07223
157 CHURCH STREET
NEW HAVEN, CT 06510
Tel. (203) 821-3700

Received
Needlezer
10/12/04 Carlos Perez