UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____

UNITED STATES OF AMERICA                    3:03cr182 (SRU)

VS.

SALVATORE J. CARTELLI, JR.                    DECEMBER 22, 2004

## MOTION TO CONTINUE SENTENCING

The Defendant moves that the sentencing scheduled for December 30, 2004 be

continued for reasons set forth in a request from U.S. Probation Officer Jacqueline

Carroll.

The Defendant would request that the sentencing be rescheduled for March 4,

2005 which is the same date set for sentencing in United States vs. Salvatore J. Cartelli,

Jr., 3:03cr253 (SRU).

THE DEFENDANT, SALVATORE J.
CARTELLI, JR.

BY_____
JONATHAN J. EINHORN, ESQ.
412 Orange Street
New Haven, CT   06511
(203) 777-3777
CT 00163

## CERTIFICATION

       This is to certify that a copy of the foregoing was mailed, postage prepaid this 22nd day of December, 2004 to the following:

Calvin Kurimai, Esq., Assistant U.S. Attorney,157 Church Street, New Haven, CT 06510 and William Paetzold, Esq., 140 Hebron Avenue, Suite 102 Glastonbury, CT  06033, and Jacqueline Carroll, U.S. Probation, 141 Church Street, New Haven, Connecticut.


_____
JONATHAN J. EINHORN