UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket Nos. 3:03CR182(SRU) |
| | : | 3:03CR253(SRU) |
| v. | : | |
| | : | |
| SALVATORE J. CARTELLI, JR. | : | March 1, 2005 |

**MOTION TO PERMIT APPEARANCE OF LAW STUDENT INTERN**

Pursuant to Local Civil Rule 83.9, the United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves to permit the appearance of a law student intern, Elizabeth G. Wright, for the purpose of assisting in the representation of the Government during the course of proceedings on March 4, 2005, relating to the sentencing in the captioned cases. Ms. Wright is currently a law student at Yale Law School, an ABA-approved institution, and is part of the U.S. Attorney's law student internship program. Ms. Wright has completed five semesters of law school.

WHEREFORE, the Government moves to permit the appearance of a law student intern, Elizabeth G. Wright, to represent the Government as described above.

                                            KEVIN J. O'CONNOR
                                            UNITED STATES ATTORNEY

                                            JAMES K. FILAN
                                            ASSISTANT U.S. ATTORNEY
                                            Fed Bar No. 15565
                                            915 Lafalette Boulevard
                                            Bridgeport, CT 06604
                                            (203)696-3000

        For: CALVIN B. KURIMAI
           ASSISTANT U.S. ATTORNEY
           Fed. Bar No. 07223
           157 Church Street
           New Haven, CT 06510
           (203) 696-3000


<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing Motion to Permit Appearance of Law Student Intern has been mailed to:

 Jonathan J. Einhorn, Esq.
 412 Orange Street
 New Haven, CT 06511

on this 1st day of March, 2005.


            _____
            James K. FILAN
            ASSISTANT UNITED STATES ATTORNEY

           For: CALVIN B. KURIMAI
             ASSISTANT UNITED STATES ATTORNEY