UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
_____

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:03cr182 (SRU) |
| VS. | |
| SALVATORE J. CARTELLI, JR. | MARCH 9, 2005 |

## NOTICE OF APPEAL

Notice is hereby given that SALVATORE J. CARTELLI, JR appeals to the United States Court of Appeals for the Second Circuit from the Judgment-Sentence entered in this action on March 4, 2005.

The appeal concerns: Conviction and Sentence.

_____
COUNSEL FOR APPELLANT
JONATHAN J. EINHORN
412 ORANGE STREET
NEW HAVEN, CT 06511
(203) 777-3777/ct 00163

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid this 9th day of March, 2005 to the following:

Calvin Kurimai, Esq., Assistant U.S. Attorney,157 Church Street, New Haven, CT 06510 and William Paetzold, Esq., 140 Hebron Avenue, Suite 102 Glastonbury, CT  06033.

_____
JONATHAN J. EINHORN

QUESTIONNAIRE:  
I am ordering a transcript

TRANSCRIPT ORDER  
Prepare Transcript of: **Trial:** 9/27/04;9/28/04;9/29/04;9/30/04;10/4/04; 10/5/04;10/6/04; 10/7/04;10/8/04;10/12/04  
**Sentence:** March 4, 2005

The attorney certifies that he will make satisfactory arrangements with the court reporter for payment of the cost of the transcript.

Method of Payment: CJA form 24    Dated:

_____  
JONATHAN J. EINHORN

**COURT REPORTER ACKNOWLEDGMENT**:

Date Order Received  Estimated Completion Date   Est. No. of Pages

_____       _____   _____

Date: _____        Signature _____  
                                              Court Reporter