# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

DATE: __March 14, 2005__     TO:     Intake Clerk

FROM: __Tasha Simpson   203.579.5657__

**FILED**
2005 APR -1 A 9:30
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

**CASE TITLE:**     __USA vs Salvatore J. Cartelli, Jr.__

**DOCKET NO.:**    __3:03 cr 182 (SRU)__

**NOTICE OF APPEAL:**   filed: __March 10, 2005__

**APPEAL FROM:**     final judgment: ✓

   interlocutory: __

   other: __

**DOCKET SHEET:**   Attorney, updated address & phone number for <u>each</u> party __Y__

   All parties are listed on Docket Sheet
   (Including Third Parties) __Y__

   All docket entries and dates are included __Y__

**FEE STATUS:**   Paid _____   Due _____   N/A ✓

   IFP revoked _____      Application Attached _____

   IFP pending before district judge ___

**COUNSEL:**   CJA ✓     Retained _____     Pro Se _____

**TIME STATUS:**   Timely ✓   Out of Time _____

**MOTION FOR
EXTENSION OF TIME:** Granted _____   Denied _____

**COA:**   Granted _____   Denied _____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: ___(jw)_____ DATE: _____
      DEPUTY CLERK, USCA

   USCA No. _____.