UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
_____

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:03cr253 (SRU) |
| | 3:03cr182 (SRU) |
| VS. | |
| SALVATORE J. CARTELLI, JR. | APRIL 25, 2005 |

**MOTION FOR RELEASE PENDING APPEAL**

Pursuant to rule 46(c) of the Federal Rules of Crim. Procedure, and 18 U.S.C. 3143(b), Defendant moves that he be released on bond pending completion of his pending appeals in each of the above matters.

Without such relief it is likely that the Defendant would be released from custody having served his appropriate sentence before his appeals are completed.

THE DEFENDANT, SALVATORE J. CARTELLI, JR.

BY_____
JONATHAN J. EINHORN
412 Orange Street
New Haven, CT  06511
(203) 777-3777
CT 00163

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid this 25th day of April, 2005 to the following:

Calvin Kurimai, Esq., Assistant U.S. Attorney,157 Church Street, New Haven, CT 06510 and William Paetzold, Esq., 140 Hebron Avenue, Suite 102 Glastonbury, CT  06033.

_____
JONATHAN J. EINHORN