

UNITED STATES DISTRICT COURT FILED

DISTRICT OF CONNECTICUT 2005 JUN 13 P 12: 10

U.S. DISTRICT COURT

UNITED STATES OF AMERICA

VS.

3:03cr253 (SRU)
3:03cr182 (SRU)

SALVATORE J. CARTELLI, JR.                    JUNE 9, 2005

## MOTION TO EXTEND SURRENDER DATE

The Defendant, Salvatore Cartelli, moves that his surrender date is June

15, 2005, be extended for an additional two (2) months, due to a sudden stroke

suffered by his father.  The Defendant is necessary for the care of his father

caused by this emergency.  In support thereof I am attaching several medical

reports.

Assistant United States Attorney Calvin Kuriami objects to the filing of this

motion.

THE DEFENDANT, SALVATORE J.
CARTELLI, JR.

BY _____
JONATHAN J. EINHORN
412 Orange Street
New Haven, CT   06511
(203) 777-3777/ FED BAR NO ct 00163

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid
this 9th day of June, 2005 to the following:

Calvin Kurimai, Esq., Assistant U.S. Attorney,157 Church Street, New Haven, CT
06510.

_____
JONATHAN J. EINHORN

MIDDLESEX HOSPITAL
DEPARTMENT OF MEDICINE
28 Crescent Street, Middletown, CT 06457
(860) 358-4720

JITESH K. VACHHANI, M.D.

DEA No.#BV8757087

For Salvatore Castelli; Age 6/9/05

Address _____

R

Mr. Castelli has been under my care in Middlesex hospital from 6/6/05 to Present. He carries diagnosis of Stroke

Refills
One ☐
Two ☐
Three ☐
NR ☐
PRN ☐
Label ☐
Date _____

_____ M.D.

26005 (5/05)

---

MIDDLESEX HOSPITAL
DEPARTMENT OF MEDICINE
28 Crescent Street, Middletown, CT 06457
(860) 358-4720

JITESH K. VACHHANI, M.D.

DEA No.#BV8757087

For Salvatore Castelli; Age 6/8/05

Address _____

R Mr. S.Castelli: has been under my care in Middlesex hospital from 6/6/05 to Present

Refills
One ☐
Two ☐
Three ☐
NR ☐
PRN ☐
Label ☐
Date _____

_____ M.D.

26005 (5/05)

 

**MIDDLESEX CARDIOLOGY ASSOCIATES, P.C.**

ICAEL
Accredited Echocardiography Laboratory

Nuclear Cardiology
Accredited Nuclear Cardiology Laboratory

Keshava H. Aithal, MD, FACC, FACP
Joseph J. Corning, MD, FACC, FACP
Stephen M. Franklin, MD, FACC, FACP
David S. Gallo, MD, FACC
Joseph P. Longhitano, MD
Arthur V. McDowell, III, MD, FACC, FACP
Kiran Pandey, MD
John E. Rogan, MD, FACC, FACP
Gita Roy, MD, FACC, FACP

---

Michele Colwell, PA-C
Michael A. Dow, PA-C
Laurel A. Gay, PA-C
Simone Howe, PA-C
Kimberly Hudson, APRN
Jean-Anne McCracken, PA-C

June 7, 2005

Re:  Salvatore Cartelli

To Whom It May Concern:

This is to state that Mr. Cartelli is under my care for coronary artery disease.  Mr. Cartelli has severe mitral valve disease.  He also has a severely reduced left ventricular ejection fraction and congestive heart failure.   Mr. Cartelli had a myocardial infarction in April, 2005.  In addition, he was just hospital for a cerebral vascular accident.

It is my feeling that Mr. Cartelli's prognosis is somewhat guarded.  If you have any questions concerning him, please feel free to contact my office.

Sincerely,

Keshava H. Aithal, M.D.

KHA/dc

Middletown Professional Park, 520 Saybrook Road, Middletown, Connecticut 06457  860.347.4258  FAX: 860.638.3697
51 Main Street, Old Saybrook, Connecticut 06475  860.388.3564  FAX: 860.388.4318
14 Jones Hollow Road, Marlborough, Connecticut 06447  860.295.9920  FAX: 860.295.9166

# Cross County Neurology, P.C.

Carl J. Boland, M.D.
P. Christopher Gottschalk, M.D.
Margaret E. O'Donoghue, M.D.
Ruby J. Parveen, M.D.

Harriet A. Fellows, D.O., FACN
Emeritus

(860) 347-0088
Fax (860) 344-0600

Reply to Middletown

June 9, 2005

RE:  Salvatore Cartelli    DOB: 11/9/22

To Whom It May Concern:

Salvatore Cartelli has been seen by our service at the Middlesex
Hospital.    He  suffered  a  stroke  and  will  require  some
rehabilitation and additional care.

Mr. Cartelli's son, Salvatore Cartelli, says he is the care-taker
for his father and his imprisonment would preclude him caring for
his father.

Sincerely yours,

Margaret E. O'Donoghue, M.D.

MEO/jh

577 Saybrook Road
Middletown, CT 06457

767 Boston Post Road
Old Saybrook, CT 06475

141 Durham Road
Madison, CT 06443

PAGE 01          STAPLES          8603952984     11:13   06/10/2005