

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

*CTDC-NHCT*
*03-Cr-182*
*UNDERHILL*

Roseann B. MacKechnie
CLERK

Date:                        10/27/06
Docket Number:          05-1294-cr
Short Title:              USA v. Latouche (Cartelli)
DC Docket Number:   03-cr-182
DC:                         CONNECTICUT (NEW HAVEN)
DC Judge:                Honorable Stefan Underhil



At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 27th   day of  October, two thousand six.

USA v. Latouche (Cartelli)                          Docket No.: 05-1294-cr

A scheduling order in  accordance with the *Revised  Second Circuit Plan to Expedite the Processing of Criminal Appeals* having been entered therein,  requiring the record on appeal, the appellant`s  brief and  the joint  appendix to be filed on or before  the  dates  stated  on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal of defendant-appellant, SALVATORE CARTELLI, it is **ORDERED** that the appeal be, and it hereby is **DISMISSED**.   Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

This order may not be used as the basis for terminating the defendant-appellant`s release pending appeal until 30 days have elapsed from the date of the order.

For the Court,
Roseann B. MacKechnie, Clerk

By: Karen Scarangella
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK

by
DEPUTY CLERK

CERTIFIED:  10/27/06