# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse at Foley Square    40 Centre Street, New York, NY 10007    Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): _____05-1294-cr_____

Caption [use short title]

Motion for: TO REINSTATE APPEAL AND TO FILE APPELLANT'S BRIEF OUT OF TIME

UNITED STATES OF AMERICA

VS.

Set forth below precise, complete statement of relief sought:

Defense counsel requests permission to reinstate defendant's appeal and to file appellant's brief out of time.

SALVATORE J. CARTELLI, JR.

*[Stamp: UNITED STATES COURT OF APPEALS FILED JAN 19 2007 Thomas Asreen, Acting Clerk SECOND CIRCUIT]*

MOVING PARTY: SALVATORE J. CARTELLI, JR.
- ☐ Plaintiff            ☒ Defendant
- ☐ Appellant/Petitioner  ☐ Appellee/Respondent

OPPOSING PARTY: _____

United States of America

MOVING ATTORNEY: JONATHAN J. EINHORN
[name of attorney, with firm, address, phone number and e-mail]

OPPOSING ATTORNEY [Name]: CALVIN KURIMAI
[name of attorney, with firm, address, phone number and e-mail]

Jonathan J. Einhorn
412 Orange Street
New Haven, CT 06511
203-777-3777
jnhorn@aol.com

Calvin Kurimai
Assistant U.S. Attorney
157 Church Street
New Haven, CT 06510

Court-Judge/Agency appealed from: Honorable Stefan Underhill

Please check appropriate boxes:

Has **consent** of opposing counsel:
- A. been sought?   ☒ Yes   ☐ No
- B. been obtained?  ☒ Yes   ☐ No

Is **oral argument** requested?   ☐ Yes   ☒ No
(requests for oral argument will not necessarily be granted)

Has **argument** date of appeal been set?   ☐ Yes   ☒ No
If yes, enter date _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made **below**?   ☐ Yes   ☐ No

Has this relief been previously sought in this Court?   ☐ Yes   ☐ No

Requested return date and explanation of emergency:
_____
_____

Signature of Moving Attorney: _____    Date: 1/18/07

Has **service** been effected?   ☒ Yes   ☐ No
[Attach proof of service]

## ORDER

IT IS HEREBY ORDERED that the motion to reinstate the appeal is GRANTED; the appellant's brief and appendix shall be filed on or before **today**.  The appellee's brief shall be filed on or before **March 2, 2007**.  The appeal may be ready to be heard as early as the week of **April 16, 2007**.

*[Stamp: UNITED STATES COURT OF APPEALS FILED JAN 25 2007 Thomas Asreen, Acting Clerk SECOND CIRCUIT]*

1/25/07
Date

FOR THE COURT:
THOMAS W. ASREEN, Acting Clerk
by _____

Arthur M. Heller
Motions Staff Attorney