UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2007 JAN 29 P 12: 27
U.S. DISTRICT COURT

UNITED STATES OF AMERICA                    3:03cr182 (SRU)

VS.

SALVATORE J. CARTELLI, JR
AND ALBERT LATOUCHE                         JANUARY 26, 2007

## INDEX TO RECORD ON APPEAL

|  | No. of Pages |
|---|---|
| Cert. Copy of Docket Sheet | 12 |

|  | Document No. |
|---|---|
| Indictment, doc. #1 | 1 |
| Jury Verdict, doc. #99 | 2 |
| Judgment, doc #134 | 3 |
| Notice of Appeal, doc #135 | 4 |

Respectfully submitted,

DEFENDANT, SALVATORE CARTELLI

BY_____
JONATHAN J. EINHORN, ESQ.
412 ORANGE STREET
NEW HAVEN, CT 06511
TELEPHONE: (203) 777-3777
FACSIMILE : (203) 782-1721
Email address: jnhorn@aol.com
Fed. Bar No. ct00163

## CERTIFICATION

      It is hereby certified that a copy of the foregoing was sent via first class mail, postage prepaid, this 26th day of January, 2007 to the following counsel of record:

Calvin Kurimai, Esq.
Assistant U.S. Attorney
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, Connecticut 06510

JONATHAN J. EINHORN